PLEASE RETURN FOR FILING

# IMMEDIATELY

APPEARANCE

## UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

**NO.** 17-8032

James Green, as Special Administrator of the Estate of Felix Williams, et al.

**vs.**

Skyline Highland Holdings, LLC et al.

**The Clerk will enter my appearance as Counsel for the following party(s):**
**(please specify)** All Respondents

s/ Andrew King
**ATTORNEY NAME**

KUTAK ROCK LLP
**FIRM NAME**

124 W. Capitol Ave., Suite 2000
**STREET or P.O. BOX**

Little Rock, Arkansas 72201
**CITY, STATE, ZIP**

501-975-3000
**OFFICE PHONE NUMBER**

501-975-3001
**FACSIMILE NUMBER**

andrew.king@kutakrock.com
**E-MAIL ADDRESS**

## CERTIFICATE OF SERVICE

☑ I hereby certify that on January 5, 2018, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:

______________________________

______________________________.

s/ Andrew King